Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAJEEV SHARMA, Trustee of the SHARMA FAMILY LIVING TRUST OF 2021, et al.,<br><br>          Defendants. | Case No. 1:24-cv-00419-EPG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 13, 2024                                   MOORE LAW FIRM, P.C.


                                                     /s/ Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Jose Escobedo