UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>                Plaintiff,<br><br>v.<br><br>RAJEEV SHARMA, *et al.*,<br><br>                Defendants. | Case No. 1:24-cv-00419-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 10) |

On May 13, 2024, Plaintiff filed a notice voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] (ECF No. 10). Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and then to close the case.

IT IS SO ORDERED.

Dated:  **May 14, 2024**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

---

[1] The notice does not state whether the dismissal is with or without prejudice. Pursuant to Federal Rule of Federal Procedure 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

1